IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**KELLY McDANIEL,**

    **Plaintiff,**

**v.**                                    Case No.  5:15cv131-MW/GRJ

**HOSPICE OF THE EMERALD
COAST, INC., d/b/a EMERALD
COAST HOSPICE,**

    **Defendant.**

_____/

**ORDER GRANTING EXTENSION OF TIME TO
COMPLY WITH ORDER RE SETTLEMENT**

This Court has considered, without hearing, the Joint Motion for Extension of Time for Parties to Comply with Order on Notice of Settlement.  ECF No. 15.  The motion is **GRANTED**.  The parties shall finalize their settlement documents and file a joint motion for approval of the settlement and dismissal of the case on or before **January 29, 2016**.

SO ORDERED on January 14, 2016.

                                                   s/Mark E. Walker             
                                                 **United States District Judge**