UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

KELLY MCDANIEL

      VS                                      CASE NO.  5:15-cv-00131-MW-GRJ

HOSPICE OF THE EMERALD COAST
INC

### CLERK'S JUDGMENT

The parties are ordered to comply with their settlement agreement. All claims in this case are voluntarily dismissed with prejudice under Federal Rule of Civil Procedure 41. This Court retains jurisdiction to enforce the terms of the settlement agreement.

                                                JESSICA J. LYUBLANOVITS
                                                CLERK OF COURT

| February 1, 2016 | s/ Kristin Cowdell |
|---|---|
| DATE | Deputy Clerk: Kristin Cowdell |